DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GARY E. CURLEY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D15-2243

[December 2, 2015]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case No. 561990CF001331A.

Gary E. Curley, Milton, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. Sherwood v. State,* 745 So. 2d 378 (Fla. 4th DCA 1999).

MAY, LEVINE and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***